1  KENNETH J. TROIANO
   ATTORNEY AT LAW
2  State Bar Number 134786
3  P.O. Box 33536
   San Diego, California 92163-3536
4  (858) 268-8600

5  Attorney for Defendant
6  FERNANDO NAVARRO-HERRERA

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                   (HON. MARILYN L. HUFF)

11  UNITED STATES OF AMERICA,        ) Criminal Case #: **08CR0885-H**
12                                    )
          Plaintiff,                  ) Date: **May 19, 2008**
13                                    ) Time: **2:00 p.m.**
14  v.                                )
                                      ) **NOTICE OF MOTIONS AND**
15  FERNANDO NAVARRO-HERRERA,         ) **MOTIONS TO/FOR:**
                                      )
16       Defendant.                   ) **1) COMPEL DISCOVERY**
                                      ) **2) LEAVE TO FILE FURTHER**
17                                    )    **MOTIONS**
18                                    ) **3) RESERVE RIGHT TO HEARING**
                                      )
19  _____  )

20       PLEASE TAKE NOTICE that on Monday May 19, 2008, at 2:00 p.m., the

21  defendant, FERNANDO NAVARRO-HERRERA, by and through his counsel, KENNETH

22  J. TROIANO, will bring the below listed motions.

23                            **MOTIONS**

24       The defendant, FERNANDO NAVARRO-HERRERA, hereby moves the Court

25  pursuant to the Federal Rules of Criminal Procedure, the United States Constitution, and

26  all other statutes and related case law, to/for:

27

28

1) Compel the government to provide discovery of any and all evidence that is discoverable under Rule 16(a)(1)(A)-(E), Brady v. Maryland, and Giglio v. United States; and

2) For leave to file further motions; and

3) Reserve his right to a hearing regarding post-arrest statements.

Respectfully submitted,

Dated: May 5, 2008

S/Kenneth J. Troiano
Kenneth J. Troiano
Attorney for Defendant
FERNANDO NAVARRO-HERRERA

ii

**Proof of Service**

I, Kenneth J. Troiano, declare as follows:

That I am a citizen of the United States and resident of the County of San Diego, State of California.

That I am over the age of 18 years and not a party to the within action.

That my business mailing address is: P.O. Box 33536, San Diego, California 92163, telephone number: (858) 268-8600.

That on May 5, 2008, I caused to be filed in the United States District Court for the Southern District of California the Defendant's Notice of Motions and Motions to Compel Discovery, Leave to File Further Motions, Reserve Right to Hearing, and Memorandum of Points and Authorities in *United States v Fernando Navaroo-Herrera., 08CR0885-H,* as follows[1]:

1) U.S. District Court (E-File)

2) Paul L. Starita – paul.starita@usdoj.gov., debra.huntley@usdoj.gov., efile.dkt.gc1@usdoj.gov.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2008 at San Diego, California.

*s/Kenneth J. Troiano*
Kenneth J. Troiano
Declarant

---

[1] E-filing names and addresses conform to CM/ECF Mailing Information available on day of filing