IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
HENRY COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
                                    )
              -vs-                  )   No. 95-CF-132
                                    )
FERNANDO NAVARRO-HERRERA,           )
              Defendant.            )

### INFORMATION - COUNT I

The State's Attorney of Henry County, Illinois, charges:

That on or about April 30, 1995, in Henry County, Illinois, FERNANDO NAVARRO-HERRERA committed the offense of

### UNLAWFUL CANNABIS TRAFFICKING

in that he, said Fernando Navarro-Herrera, knowingly brought 2500 or more grams of cannabis into the State of Illinois for the purpose of delivering said cannabis in Illinois or another state, in that said defendant, while in possession of more than 2500 grams of cannabis, drove a 1989 Chevrolet from California into Henry County, Illinois, with a delivery destination of Illinois or another state,

in violation of 720 ILCS 550/5.1.

Class _____        Bond Recommendation: _____

Counts II & III are made a part
hereof by this reference.

STATE OF ILLINOIS )
                  ) SS.      _____
COUNTY OF HENRY   )           Assistant State's Attorney

    The undersigned, on oath, says that the facts set forth in the foregoing Information are true in substance and matter of fact.

Subscribed and sworn to
before me this 1st day
of May, 1995.

_____        TPR. Anna Segura #3799
     Notary Public

Filed 050145
Debra Doss Bumann, Clerk of Circuit Court
By _____ Deputy

IN THE CIRCU\_ COURT OF THE FOURTEENTH J\_ ICIAL CIRCUIT
HENRY COUNTY, ILLINOIS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> **Fernando Navarro** ) <br> Defendant, ) <br> ) <br> ) | No. **9567132** <br> COUNT **I** |

### WAIVER OF JURY TRIAL AND PLEA OF GUILTY

The undersigned Defendant in open Court understandingly and knowingly waives his/her right to a trial by jury in the cause herein. Said Defendant further waives a trial by the Court without a jury and pleads guilty to the charge herein.

_Fernando Navarro H._
Defendant

_____

_____
Address

Filed _02/28/96_
Debora J. Jones, Clerk of Circuit Court
By _____ Deputy

Suscribed and sworn to before me this _28th_ day of _Febry_, 19_96_.

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
HENRY COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
-vs- ) No. 95-CF-132
)
FERNANDO NAVARRO-HERRERA, )
Defendant. )

ORDER

This cause comes on for Sentencing, and present in Court are The People of the State of Illinois by Kimberly A. Fladhammer, Assistant State's Attorney of Henry County, Illinois, and the defendant, with counsel, Eugene Stockton, and the defendant having previously pled guilty to the offense of Unlawful Cannabis Trafficking, said offense having been committed on April 30, 1995, and the Court having reviewed the pre-sentence investigation and having heard arguments of counsel in aggravation and mitigation and being now fully in the premises,

IT IS HEREBY ORDERED that the defendant is sentenced to ten (10) years in the Illinois Department of Corrections on each count, to run concurrent, with credit for 153 ~~126~~ days previously served.

IT IS FURTHER ORDERED that the defendant shall serve two (2) years Mandatory Supervised Release upon his release from the Illinois Department of Corrections.

Filed 041546
Debra J. Doss, Clerk of Circuit Court
By _____ Deputy

IT IS FURTHER ORDERED that the defendant shall pay a lab analysis fee in the amount of $50.00, payable within one year of release from the Illinois Department of Corrections, said fee to be forwarded to the Illinois State Police.

IT IS FURTHER ORDERED that the defendant shall pay a $1,000.00 drug assessment fee, payable within one year of release from the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the defendant shall pay a street value fine in the amount of $15,000.00 to be divided as follows: 37-1/2% to Illinois State Police; 50% to the Henry County General Corporate Fund; and 12-1/2% to the Juvenile Drug Abuse Fund, payable within one year from his release from the Illinois Department of Corrections.

JUDGE.

ENTERED: April 15, 1996.

# Clerk's Certificate

STATE OF ILLINOIS,
County of Henry, ss

I, DEBRA J. DOSS, Clerk of the Fourteenth Judicial Circuit Court of Henry County, in the State of Illinois and keeper of the records and the Seal thereof, do hereby certify the foregoing is a full, and correct copy of INFORMATION, filed May 1, 1995; WAIVER OF JURY TRIAL AND PLEA OF GUILTY, filed February 28, 1996; and ORDER, filed April 15, 1996; all in the matter of THE PEOPLE OF THE STATE OF ILLINOIS vs. FERNANDO NAVARRO- HERRARA, Case Number 95-CF-132,

as it appears from the Records and Files of said Court now in my office remaining.

IN WITNESS WHEREOF, I have set my hand and affixed the Seal of said Court at my office in Cambridge, in said County and State aforesaid, this Fourth day of June , A.D. 19 96 .

Debra J. Doss
Clerk of the Fourteenth Judicial Circuit
Court of Henry County, Illinois

By _____
Deputy